BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

FILED
SEP 6 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

SEALED

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:12 CR 00313 AWI DLB

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | ORDER RE: EX PARTE MOTION TO |
| v. ) | SEAL INDICTMENT PURSUANT TO |
| ) | RULE 6(e), FEDERAL RULES OF |
| NOEL ORTIZ, ET AL., ) | CRIMINAL PROCEDURE |
| ) | |
| Defendants. ) | |

Pursuant to the motion by the United States, IT IS HEREBY ORDERED that the Indictment filed herein is sealed.

DATED: 9/6/2012       _____
                       U.S. MAGISTRATE JUDGE

3