BENJAMIN B. WAGNER
United States Attorney
ELANA S. LANDAU, Ca. Bar #212144
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>v.<br><br>NOEL ORTIZ,<br><br>          Defendant. | CASE NO.  1:12-CR-313 AWI<br><br>STIPULATION TO CONTINUE SENTENCING DATE AND ORDER |

The parties request that the sentencing hearing in this case be continued from July 8, 2013 to August 5, 2013 at 10:00a.m.. The parties request the continuance be granted because there are matters related to sentencing that remain unresolved. The Speedy Trial Act is not implicated since the defendant has already pled guilty and is awaiting sentencing.

                              Respectfully Submitted,

                              BENJAMIN B. WAGNER
                              United States Attorney

1

```
DATE: July 1, 2013          By:   /s/Elana S. Landau
                                  ELANA S. LANDAU
                                  Assistant U.S. Attorney


DATE: July 1, 2013                /s/Alex Mendoza
                                  ALEX MENDOZA
                                  Attorney for Defendant Ortiz
```

IT IS SO ORDERED.

Dated:   July 1, 2013

SENIOR  DISTRICT  JUDGE