HEATHER E. WILLIAMS, Bar #122664
Federal Defender
HANNAH R. LABAREE, Bar #294338
Assistant Federal Defender
Counsel Designated for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Defendant
NOEL ORTIZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>NOEL ORTIZ,<br><br>        Defendant. | No.  1:12-cr-00313-AWI-BAM-1<br><br>**STIPULATED MOTION AND ORDER TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2)**<br><br>RETROACTIVE DRUGS-MINUS-TWO REDUCTION CASE<br><br>Judge:  Honorable ANTHONY W. ISHII |

Defendant, NOEL ORTIZ, by and through his attorney, Assistant Federal Defender Hannah R. Labaree, and plaintiff, UNITED STATES OF AMERICA, by and through its counsel, Assistant U.S. Attorney Kathleen A. Servatius, hereby stipulate as follows:

1. Pursuant to 18 U.S.C. § 3582(c)(2), this Court may reduce the term of imprisonment in the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o);

2. On December 9, 2013, this Court sentenced Mr. Ortiz to a term of 63 months imprisonment;

3. His total offense level was 25, his criminal history category was II, and the resulting guideline range was 63 to 78 months;

4. The sentencing range applicable to Mr. Ortiz was subsequently lowered by the United States Sentencing Commission in Amendment 782, made retroactive on July 18, 2014, see 79 Fed. Reg. 44,973;

5. Mr. Ortiz' total offense level has been reduced from 25 to 23, and his amended guideline range is 51 to 63 months. He is subject to the statutory mandatory minimum of 60 months;

6. Accordingly, the parties request the Court enter the order lodged herewith reducing Mr. Ortiz' term of imprisonment to a total term of 60 months.

Respectfully submitted,

Dated:  November 23, 2015                     Dated:  November 23, 2015

BENJAMIN B. WAGNER                            HEATHER E. WILLIAMS
United States Attorney                        Federal Defender


 /s/ *Kathleen A. Servatius*                   /s/ *Hannah Labaree*_____
KATHLEEN A. SERVATIUS                         HANNAH R. LABAREE
Assistant U.S. Attorney                       Assistant Federal Defender

Attorney for Plaintiff                        Attorney for Defendant
UNITED STATES OF AMERICA                      NOEL ORTIZ

**ORDER**

This matter came before the Court on the stipulated motion of the defendant for reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2).

The parties agree, and the Court finds, that Mr. Ortiz is entitled to the benefit Amendment 782, which reduces the total offense level from 25 to 23, resulting in an amended guideline range of 51 to 63 months. He is subject to the statutory mandatory minimum of 60 months;

IT IS HEREBY ORDERED that the term of imprisonment imposed in December 2013 is reduced to a term of 60 months.

IT IS FURTHER ORDERED that all other terms and provisions of the original judgment remain in effect. The clerk shall forthwith prepare an amended judgment reflecting the above reduction in sentence, and shall serve certified copies of the amended judgment on the United States Bureau of Prisons and the United States Probation Office.

Unless otherwise ordered, Mr. Ortiz shall report to the United States Probation Office within seventy-two hours after his release.

IT IS SO ORDERED.

Dated:   November 23, 2015                                  _____
                                                                                SENIOR  DISTRICT  JUDGE